W. N. Cohen, for appellant. J. E. Duress, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GOTT, Respondent, v. BROOKLYN HEIGHTS R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Edward A. Gott against the Brooklyn Heights Railroad Company. No opinion. Motion to resettle order denied.

GRACE, Respondent, v. VACAS-SAN MARCOS MIN. & MILL. CO., Appellant. (Supreme Court, Appelate Division, Second Department. December 29, 1905.) Action by William J. Grace against the Vacas-San Marcos Mining & Milling Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

GREGORY, Respondent, v. ELMIRA WATER, LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by Chester H. Gregory against the Elmira Water, Light & Railroad Company. No opinion. Motion granted.

GROH, Respondent, v. FLAMMER. Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Julia A. Groh, individually, etc., against J. George Flammer. T. F. Keogh, for appellant. A. I. Elkus, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below.

In re GROPPE. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) In the matter of the application of Francis Groppe for letters of administration with the will annexed of the goods, chattels, and credits which were of John Groppe, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

GRUENSTEIN v. GURLEY. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Action by Moritz Gruenstein against George B. Gurley. No opinion. Motion denied on terms stated in order. Order filed.

GUITERMAN et al., Appellants, v. ECLIPSE MFG. Co., Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Sigmund Guiterman and others against the Eclipse Manufacturing Company. E. Masten, for appellants. J. S. Sheppard, for respondent. No opinion. Judgment affirmed, with costs.

GUTH, Respondent, v. BARTH, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Minnie Guth against Joseph Barth, sued as John Barth. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

GUTH, Respondent, v. BARTH, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Minnie Guth against Joseph Barth. No opinion. Motion for a stay denied.

GWYNNE, Appellant, v. ALTONWOOD PARK CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Robert Gwynne, Jr., against the Altonwood Park Company of New York. No opinion. Order affirmed, with $10 costs and disbursements.

HALE, Appellant, v. WORSTELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by William H. Hale against John P. Worstell and Joseph P. McNamara, inpleaded with others.

PER CURIAM. We think there was power at the Special Term to make the order appealed from, but that the discretion was not judiciously exercised in this case. No injury can occur by respecting the judgment of the Special Term and of this court pending the appeal to the Court of Appeals, and it does not appear to us as a proper case for suspending its operation. Order reversed, with $10 costs and disbursements, and motion denied, with costs. See 95 N. Y. Supp. 485.

In re HALL. (Supreme Court, Appellate Division, Third Department. January 16, 1906.) In the matter of the application of Wilton Avedis Hall for admission to practice as an attorney and counselor at law. No opinion. Motion granted.

HAMILTON, Appellant, v. SCHER, Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Frederick J. Hamilton against Wolf Scher. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

HAND, Respondent, v. EGBERT, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by E. Alexander Hand against George W. Egbert. No opinion. Judgment and order of the County Court of Kings county affirmed, with costs.

HANLON, Respondent, v. CENTRAL R. CO. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Margaret E. Hanlon against the Central Railroad Company of New Jersey. No opinion. Judgment and order unanimously affirmed, with costs.

HANLON, Respondent, v. CENTRAL R. CO. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Margaret E. Hanlon against the Central Railroad Company of New Jersey. No opinion. Motion for leave to appeal to the Court of Appeals denied.

HANNAN, Respondent, v. BOLDIN, Appellant. (Supreme Court, Appellate Division,